UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JEFFREY A. BARNES,

                         Petitioner,

    -against-

THE PEOPLE OF THE STATE
OF NEW YORK,

                         Respondent.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 3423 (NGG)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 1 9 2005 ★
BROOKLYN OFFICE

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on October 3, 2005, denying petitioner's request for equitable tolling of the AEDPA's one-year statute of limitations; dismissing petitioner's petition for a writ of *habeas corpus* as time-barred; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for purpose of an appeal; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's request for equitable tolling of the AEDPA's one-year statute of limitations is denied; that petitioner's petition for a writ of *habeas corpus* is dismissed as time-barred; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal.

Dated: Brooklyn, New York
        October 18, 2005

/signed/
_____
ROBERT C. HEINEMANN
Clerk of Court